IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ledge Lounger, Inc. | § § § | |
| Plaintiff, | § § | |
| v. | § § | 4:23-cv-00727 |
| Luxury Lounger, Inc., SFC Imports Inc., and N. Alexander Nolte, | § § § | The Honorable Lee. H. Rosenthal |
| Defendants. | § | Jury Trial Demanded |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff, Ledge Lounger, Inc. and Defendants Luxury Lounger, Inc., SFC Import Inc., and N. Alexander Nolte (collectively the "parties") jointly stipulate to dismiss with prejudice all claims and counterclaims asserted by the parties, with each party to bear its own attorneys' fees, costs and expenses.

Dated: June 5, 2024

| By: /s/ Scott A. Burow | By: /s/ Robert Golden |
|---|---|
| Scott A. Burow (admitted in the Southern District of Texas) Attorney-In-Charge Illinois Bar No. 6242616 Southern District of Texas Bar No. 3468321 sburow@bannerwitcoff.com BANNER & WITCOFF, LTD. 71 South Wacker Drive, Suite 3600 Chicago, IL 60606 Telephone: (312) 463-5000 Facsimile: (312) 463-5001 <br><br>Matthew P. Becker (*Admitted pro hac vice*) Illinois Bar No. 6255614 mbecker@bannerwitcoff.com Christian T. Wolfgram (*Admitted pro hac vice*) Illinois Bar No. 6333565 | Robert Golden New York Bar No. 2536670 rgolden@nls.law <br><br>Wade Johnson Texas Bar No. . 24062197 Southern District of Texas Bar No. 1055556 wjohnson@nls.law <br><br>Nolte Lackenbach Siegel 2717 Commercial Center Blvd., Ste E200 Katy, Texas 77494 <br><br>ATTORNEYS FOR DEFENDANTS LUXURY LOUNGER, INC., SFC IMPORTS INC. AND N. ALEXANDER NOLTE |

| | |
|---|---|
| cwolfgram@bannerwitcoff.com<br>BANNER & WITCOFF, LTD.<br>71 S. Wacker Drive, Suite 3600<br>Chicago, IL 60606<br>Telephone: (312) 463-5000<br>Facsimile: (312) 463-5001<br><br>ATTORNEYS FOR PLAINTIFF LEDGE LOUNGER, INC. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, thereby effecting service upon all counsel of record through the Notice of Electronic Filing issued by the system.

>*/s/ Scott A. Burow*
>Scott A. Burow