IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEDGE LOUNGER, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-23-727 |
| | § | |
| LUXURY LOUNGER, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation of dismissal, (Docket Entry No. 62), this action is dismissed with prejudice.

SIGNED on June 10, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge